DATE 7/17/18
LOCATION Plano
JUDGE Kimberly C. Priest Johnson
DEPUTY CLERK Toya McEwen
COURT REPORTER Digital Recording
USPO: Fred Tamar
Interpreter: Not required
BEGIN: 10:58 am

CASE NUMBER 4:18-cr-109 **ALM/KPJ**
USA Jay Combs _____ Assigned
V Andrew Stover _____ Appeared

PEDRAM REZAEI HAGHIGHI (2)
Defendant

_____
Attorney

FILED
JUL 17 2018
Clerk, U.S. District Court
Texas Eastern

- [x] INITIAL APPEARANCE
- [ ] ARRAIGNMENT
- [ ] DETENTION HEARING

- [x] Hearing Held   [ ] Hearing Called   [x] Defendant Sworn   [ ] Interpreter Required

- [x] Dft appears: [ ] with counsel  [x] without counsel  [ ] pro se  [ ] Counsel appears on behalf of defendant
  Appears on: [x] Indictment
- [x] Defendant is the person as named in the Indictment.
- [ ] Defendant is NOT the person as named in the Indictment, _____ name given.
- [ ] Defendant advised of Constitutional rights.   [ ] Defendant acknowledged understanding Constitutional rights.

- [x] Date of arrest: 7/16/18   (Other district court & case #) _____
- [x] Dft   [ ] found competent by the Court to proceed with hearing  [ ] Defendant advised of Constitutional rights
  [x] waived reading of indictment   [x] advised of charges   [x] advised of maximum penalties
  [x] advised of right to counsel   [x] received copy of indictment

- [ ] Dft first appearance with counsel  [ ] CJA appointed  [ ] Retained  [ ] Federal Public Defender appointed
  Attorney: _____
- [x] Dft advises the Court that he/she [x] has counsel who is Bill Knox or, [ ] will hire counsel.
- [ ] If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.
- [ ] Dft Requests appointed counsel, is sworn & examined re: financial status.
- [ ] Financial affidavit executed by dft. The court finds the defendant [ ] able [ ] unable to employ counsel.
- [ ] _____ appointed   [ ] U.S. Pub Defender _____ appointed

- [x] USA ORAL motion for detention  [ ] USA ORAL motion for continuance  [ ] Oral Order granting  [ ] Oral Order denying
- [ ] Defendant ORAL motion to continue detention hearing  [ ] Oral Order granting  [ ] Oral Order denying
- [x] Detention Hrg set Friday 7/20/18 @ 10:30am   [ ] Temp Detention Order Pending Hearing
- [x] Arraignment set Friday 7/20/18 @ 10:30am } before Judge Johnson in Plano, TX
- [ ] Order setting conditions of release   [ ] PR Bond executed
- [ ] Dft signed Waiver of Detention Hearing.
- [x] Dfts 2 remanded to custody of U.S. Marshal.
- [ ] Dft motion _____
- [ ] Gvt motion _____
- [ ] Defendant failed to appear  [ ] oral order for arrest warrant;  [ ] bond forfeited

CRIM 92-116      [ ] See reverse/attached for additional proceedings      11:03 Adjourn am