AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
EASTERN District of TEXAS

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 4:18-CR109 |
| PEDRAM REZAEI HAGHIGHI (2) | ) | | |
| *Defendant* | ) | | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | United States Courthouse<br>7940 Preston Road<br>Plano, Texas 75024<br>before Magistrate Judge Kimberly C. Priest Johnson | Courtroom No.: | 108 |
|---|---|---|---|
| | | Date and Time: | Friday, July 20, 2018 at 10:30 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Jul 17, 2018

*Judge's signature*

KIMBERLY C. PRIEST JOHNSON
United States Magistrate Judge
*Printed name and title*