THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DVISION

**DATE:** 5/29/2019

**DISTRICT JUDGE**
Amos L. Mazzant, III

**COURT REPORTER:** Jan Mason
**COURTROOM DEPUTY:** Keary Conrad

| UNITED STATES OF AMERICA | |
|---|---|
| V. | CAUSE NUMBER 4:18-CR-109 |
| PEDRAM REZAEI HAGHIGHI | |

| ATTORNEY FOR GOVERNMENT | ATTORNEY FOR DEFENDANT |
|---|---|
| Jay Combs, AUSA | Robert R. Smith |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Sentencing |
|---|---|
| 9:49 a.m. | Court in session. Court notes appearances. Parties have reviewed PSR. Defendant acknowledges he fully understands the PSR. No additions, corrections, or comments by the Government. No additions, corrections, or comments by counsel for the Defendant. No objections by the Government or Defendant. |
| 9:49 a.m. | Court notes Defendant entered a guilty plea to Count 1 of the Indictment. The Court accepts the plea agreement. |
| 9:50 a.m. | TOL: 31, CHC III, Count 1: 135-168 months imprisonment. Court notes the Defendant has filed a sentencing memorandum and request for variance; Govt has filed motion and many letters from family and friends. (Dkt. #99, 100, sealed) Court grants the Government's motion (Dkt. #100). Court heard from Robert Smith regarding sentence. |
| 9:55 a.m. | Asal Rezaei sister of Pedram Rezaei Haghighi. Witness placed under oath. Court hears from Ms. Rezaei. |
| 9:56 a.m. | Court hears further from Robert Smith referencing the sentencing memorandum and argument. |
| 10:01 a.m. | Court hears argument from Jay Combs on behalf of the Government. Response from Mr. Smith on behalf of Defendant. |
| 10:05 a.m. | Defendant allocuted. |
| 10:11 a.m. | Sentence imposed 60 months imprisonment on Count 1 of the Indictment; no fine; $100 special assessment, supervised release of 3 years. Court ordered Defendant receive appropriate mental health and drug treatment while imprisoned. Defendant ineligible for federal benefits for 5 years. All mandatory and special conditions were reviewed with the Defendant. |
| 10:16 a.m. | Defendant requests BOP facility in Seagoville, Texas. Rights of appeal addressed. |

| | |
|---|---|
| 10:17 a.m. | Government orally moves to dismiss Count 2; Court orally grants Government's request to dismiss |
| 10:17 a.m. | Defendant remanded into custody of the USM. |

**DAVID O'TOOLE, CLERK**

BY: *Keary Conrad*

Courtroom Deputy Clerk